UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEROME KNIGHT, #296419,          )<br>          Petitioner,          )<br>                              )<br>-v-                           )<br>                              )<br>SHIRLEE HARRY,                )<br>          Respondent.          )<br>_____) | No. 5:06-cv-105<br><br>HONORABLE PAUL L. MALONEY |

### JUDGMENT

Having granted Jerome Knight's Application for Writ of Habeas Corpus under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Petitioner and against Respondent.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   August 7, 2012                                   /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge